# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jonathon Sullivan                      Docket No. 02:11CR525:01

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Tim Krenitsky, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Jonathon Sullivan, who was placed under pretrial release supervision by the Honorable Thomas J. Rueter, sitting in the Court at Philadelphia, on September 29, 2011, $10,000,00 unsecured Bond, under the following conditions:

1. Report to Pretrial Services as directed
2. Restrict travel to Eastern District of Pennsylvania, unless approved in advance by Pretrial Services.
3. Substance abuse testing/treatment under the guidance of Pretrial Services
4. Surrender/do not possess passport
5. Surrender/do not possess firearms
6. Medical/Psychological treatment as directed by Pretrial Services.
7. No contact with co-defendants or witnesses.



RECEIVED IN CHAMBERS

FEB 1 1 2014

JONES J.

### Respectfully presenting petition for action of Court and for cause as follows:

1. Since December 4, 2013 the defendant was failed to report for office visits and drug testing on the following dates: December 12, 2013, December 17, 2013, January 7, 2014, January 15, 2014, January 23, 2014, January 29, 2014 and February 5, 2014.

2. On December 4, 2013, Mr. Sullivan meet with Drug and Alcohol Treatment Specialist Rocky Reyes and was subject to a drug assessment. The defendant was referred to an outpatient treatment program at NHS, 800 Chester Pike Sharon Hill, PA for participation in individual outpatient drug treatment. Per assigned treatment counselor, Ken Freedman, Mr. Sullivan has missed the last two treatment sessions January 29, 2014 and February 6, 2014 and will be discharged unless he attends his next scheduled appointment.

3. Recently, the defendant was contacted on February 6, 2014 at 8:00 AM, telephonically. The defendant informed that he missed reporting for an office visit February 5, 2014 and also that a code a phone drug screen that same date. The defendant was instructed to report for an office visit on February 6, 2014 by 4:00 PM, with no further excuses.

4. The defendant failed to report for an office visit on February 6, 2014 as instructed. Pretrial Services contacted the defendant on February 7, 2014. The defendant did not answer, Pretrial Services requested that the defendant report by February 10, 2014.

5. As of February 11, 2014, the defendant has failed to report to Pretrial Services and this Officer has not been able to contact the defendant.



AUSA Ashley Kruidenier Lunkenheimer is aware of this petition. Defense counsel Stephen Lacheen, was not available but a message was left with his staff regarding this issue. Both counsel will be copied on this petition.

**PRAYING THAT THE COURT WILL ORDER** the defendant's bail be revoked and a warrant be issued for his arrest, based on the allegations outlined above and the apparent violation of bail conditions ordered by Magistrate Judge Thomas J. Rueter.

ORDER OF COURT

Considered and ordered this _12th_ day of _Feb_, 20_14_ and ordered filed and made a part of the records in the above case.

_____
The Honorable C. Darnell Jones II
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tim M. Krenitsky
U.S. Pretrial Services Officer

Place: Philadelphia
Date: February 11, 2014